**DISMISS; and Opinion Filed July 9, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00670-CR

**RASHARD AVERY JONES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F19-00075-K**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Reichek

Rashard Avery Jones appeals the trial court's April 29, 2019 order placing him on deferred adjudication for indecency with a child by sexual contact. Appellant filed a timely motion for new trial on May 1, 2019 which was granted. On May 3, 2019, appellant filed his notice of appeal.

When the trial court grants a motion for new trial, the case is restored to its position before the former trial. TEX. R. APP. P. 21.9(b). Because there is no sentence to be appealed, we have no jurisdiction over the appeal. *See Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.–Dallas 1996, no pet.).

We dismiss this appeal for want of jurisdiction.

Do Not Publish
TEX. R. APP. P. 47.2(b)

190670F.U05

/Amanda L. Reichek/

AMANDA L. REICHEK
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RASHARD AVERY JONES, Appellant

No. 05-19-00670-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 4, Dallas County, Texas
Trial Court Cause No. F19-00075-K.
Opinion delivered by Justice Reichek,
Justices Schenck and Osborne
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 9th day of July, 2019.